Ryan M. Sandrock (SBN 251781)
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281

Marc P. Miles (SBN 197741)
mmiles@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Phone: (949) 475-1500
Fax: (949) 475-0016

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOLLIEN, JOSH McCORMICK, CHARLES WHITTELSEY, individually, and as representatives of a Putative Class of Participants and Beneficiaries of and on behalf of the Monster Energy Company 401(k) Plan, <br><br> Plaintiffs, <br><br> v. <br><br> MONSTER BEVERAGE CORPORATION; ADMINISTRATIVE COMMITTEE OF MONSTER ENERGY COMPANY 401(k) PLAN; and DOES 1-50 as Board Members of Monster Beverage Corporation and/or as members of the Administrative Committee. <br><br> Defendants. | Case No. 8:24-cv-01467-JWH-DFM <br><br> Assigned to: Hon. John W. Holcomb <br><br> **MONSTER DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> [*Filed Concurrently with Memorandum of Points and Authorities; Declaration of Ryan Sandrock; Proposed Order*] <br><br> Date: February 14, 2025 <br><br> Time: 9 a.m. <br><br> Courtroom: 9D <br><br> Case Filed: July 2, 2024 |

PLEASE TAKE NOTICE THAT on February 14, 2025 or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John W. Holcomb, United States District Judge, Central District of California, located at 411 W 4th Street, Santa Ana, California, in Courtroom 9D, or by remote conferencing as directed by the Court, Defendants Monster Beverage Corporation and Administrative Committee of Monster Energy Company 401(k) Plan (collectively the "Monster Defendants") will and hereby do move this Court for an order dismissing Plaintiffs' First Amended Class Action Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6).

The Motion to Dismiss is based on the following grounds:

1. The Court lacks jurisdiction over this matter as Plaintiffs lack Article III standing. *See* Fed. R. Civ. P. 12(b)(1).

2. Plaintiffs' Class Action Complaint fails to plausibly state a claim for breach of the fiduciary duty of prudence, and all derivative claims must also fail. *See* Fed. R. Civ. P. 12(b)(6).

This Motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities in Support, the exhibits attached thereto, the Declaration of Ryan Sandrock in support thereof, all pleadings, records, and documents on file in this case, and upon such further argument and evidence as may be presented prior to or at the hearing of this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 6, 2024.

Dated: December 13, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Ryan M. Sandrock*

Ryan M. Sandrock
Marc P. Miles
Attorneys for Defendants