**TOWER LEGAL GROUP, P.C.**
James A. Clark, State Bar No. 278372
james.clark@towerlegalgroup.com
Renee P. Ortega, State Bar No. 283441
renee.ortega@towerlegalgroup.com
11335 Gold Express Drive, Ste. 105
Sacramento, California 95670
Telephone: (916) 361-5008
Facsimile: (916) 361-6019

**MUHIC LAW LLC**
Peter A. Muhic
*(Admitted Pro Hac Vice)*
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
Telephone: (856) 242-1802
Email: peter@muhiclaw.com

*Attorneys for Plaintiffs and the Class*
(additional counsel listed on
signature block)

**SHOOK, HARDY & BACON, LLP**
Ryan M. Sandrock, State Bar No. 251781
rsandrock@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RICHARD HOLLIEN, JOSH McCORMICK, CHARLES WHITTELSEY, individually, and as representatives of a Putative Class of Participants and Beneficiaries of and on behalf of the Monster Energy Company 401(k) Plan,

　　　　　Plaintiffs,

　　v.

MONSTER BEVERAGE CORPORATION; ADMINISTRATIVE COMMITTEE OF MONSTER ENERGY COMPANY 401(k) PLAN; and DOES 1-50 as Board Members of Monster Beverage Corporation and/or as members of the Administrative Committee.

　　　　　Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:24-cv-01467-JWH-DFM

Assigned to: Hon. John W. Holcomb

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Richard Hollien, Josh McCormick, and Charles Whittelsey ("Plaintiffs") and Defendants Monster Beverage Corporation and Administrative Committee of Monster Energy Company 401(k) Plan, and DOES 1-50 ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree that this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: April 15, 2026

Respectfully submitted,

**MUHIC LAW LLC**

By: /s/ *Peter A. Muhic*
Peter A. Muhic
*(Admitted Pro Hac Vice)*

**TOWER LEGAL GROUP, P.C.**
James A. Clark, State Bar No. 278372
james.clark@towerlegalgroup.com
Renee P. Ortega, State Bar No. 283441
renee.ortega@towerlegalgroup.com
11335 Gold Express Drive, Ste. 105
Sacramento, California 95670
Telephone: (916) 361-5008
Facsimile: (916) 361-6019

**WADE KILPELA SLADE, LLP**
Edwin J. Kilpela, Jr., Esquire
(Admitted Pro Hac Vice)
6425 Living Place
Suite 200
Pittsburgh, PA 15206
Telephone: (412) 314-0515

2

STIPULATION OF DISMISSAL
CASE NO. 8:24-CV-01467-JWH-DFM

Email: ek@waykayslay.com

Attorneys for Plaintiffs

Dated: April 15, 2026

Respectfully submitted,
SHOOK, HARDY & BACON, L.L.P.

By: /s/ *Ryan M. Sandrock*
Ryan M. Sandrock

Attorneys for Defendants

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Peter A. Muhic, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

By: /s/ *Peter A. Muhic*
Peter A. Muhic

STIPULATION OF DISMISSAL
CASE NO. 8:24-CV-01467-JWH-DFM